B. INDIVIGLIO & SONS, a Copartnership, Composed of BENJAMIN INDIVIGLIO et al., Appellants, *v.* LOUIS J. MICCIO et al., Defendants, and ANDERSON BRICK & SUPPLY Co., INC., Defendant-Respondent.

Submitted March 8, 1943; decided April 8, 1943.

MOTION for reargument denied with ten dollars costs and necessary printing disbursements. (See 289 N. Y. 772.)

HOWARD S. SANFORD, as Trustee in Bankruptcy of ST. LAWRENCE MARINE REPAIR DOCK CORPORATION, Respondent, *v.* JOHN J. BOLAND, Appellant, Impleaded with Others.

Submitted March 8, 1943; decided April 8, 1943.

MOTION for reargument denied with ten dollars costs and necessary printing disbursements. (See 287 N. Y. 431.)